Eastern District of Kentucky
**FILED**
MAY 05 2008
AT LONDON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
CRIMINAL MINUTES-GENERAL

London   Case No: <u>6:08-CR-16-02-DCR</u>   At: <u>LONDON</u>   Date: <u>May 5, 2008</u>

PRESENT:   HON. DANNY C. REEVES, U.S. DISTRICT JUDGE

| <u>Jackie Brock</u> | <u>Cindy Oakes</u> | <u>Kevin Dicken</u> |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U. S. Attorney |

DEFENDANT:                                    ATTORNEY FOR DEFENDANT:

<u>Cindy Saylor</u>                                    <u>Stephanie McKeehan (CJA)</u>

PRETRIAL CONFERENCE:

This matter was called for pretrial conference with counsel and parties present as noted. The United States advised the Court that upon the entry of co-defendant Willard Saylor's guilty plea scheduled for May 6, 2008, the United States intends to move to dismiss the Indictment as to this defendant. The Court having heard counsel and being sufficiently advised,

**ORDERS** herein as follows:

1) The jury trial of this action remains assigned for May 20, 2008, with counsel to be present at 9:00 a.m.

2) The Magistrate Judge's Recommended Disposition [R. 38] is **ADOPTED** by the Court and the defendant's Motion to Suppress [R. 23] is **DENIED**.

3) The defendant's Motion *in Limine* [R. 29] is **SUSTAINED**.

This 5th day of May, 2008.



**Signed By:**

***Danny C. Reeves*** DCR
**United States District Judge**

Copies: COR, USP, USM

TIC: 8 MINUTES